UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DILLON et al., <br>       Plaintiffs, <br> -against- <br> WELLS FARGO SECURITIES L.L.C., <br>       Defendant. | 24-cv-3059 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  This case was recently transferred to this Court from the Northern District of Illinois. Dkt. 23. As the transfer opinion noted, a "nearly identical class action" was already filed in this district. Dkt. 21 at 4. That case was dismissed, and an appeal is pending. *See* 22-cv-1034 at Dkts. 39, 41.

  By April 29, 2024, Plaintiffs shall submit a letter, not exceeding three pages, showing cause why this case should *not* be stayed pending the resolution of that appeal. By the same date, Defendant may submit a letter, not exceeding three pages, expressing its position on a stay pending the appeal.

  SO ORDERED.

Dated: April 23, 2024
    New York, New York

                     _____
                        ARUN SUBRAMANIAN
                       United States District Judge