UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DILLON et al.,<br><br>        Plaintiffs,<br><br>  -against-<br><br>WELLS FARGO SECURITIES LLC,<br><br>        Defendant. | 24-cv-3059 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Given the Second Circuit's decision in *Kafka v. Wells Fargo Securities, LLC*, No. 23-128, the stay in this case is LIFTED. *See* Dkt. 28. By **NOVEMBER 8, 2024**, the parties should make any motion seeking to dismiss this case.

  SO ORDERED.

Dated: October 25, 2024
     New York, New York

                          ARUN SUBRAMANIAN
                          United States District Judge